No. 844. COMMONWEALTH OF MASSACHUSETTS *v.* LIQUID CARBONIC COMPANY. March 10, 1919. Petition for a writ of certiorari to the Supreme Judicial Court of the State of Massachusetts denied. *Mr. William Harold Hitchcock* and *Mr. Henry C. Attwill* for petitioner. *Mr. Charles A. Snow* and *Mr. William P. Everts* for respondent.

No. 858. CITY OF NEW YORK *v.* ARTHUR CARTER HUME, AS RECEIVER, ETC. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William P. Burr* for petitioner. *Mr. Joseph A. Kellogg* for respondent.

No. 859. L. P. LARSON, JR., COMPANY *v.* MINT PRODUCTS COMPANY. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George I. Haight, Mr. Charles H. Aldrich* and *Mr. Frank F. Reed* for petitioner. *Mr. James R. Offield* for respondent.

No. 861. CHARLES K. DUNCAN, AS TRUSTEE, ETC., *v.* AMERICAN TRUST & SAVINGS BANK. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude D. Ritter* for petitioner. *Mr. Forney Johnston* for respondent.

No. 882. DAVID J. KREUZER *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied.
*Mr. Shepard Barclay* for petitioner.  *Mr. Assistant At-
torney General Porter* for the United States.

No. 884. ST. CHARLES AMUSEMENT & TRANSPORTATION
COMPANY *v.* LUDWIG B. ELHARDT ET AL.   March 10, 1919.
Petition for a writ of certiorari to the Circuit Court of
Appeals for the Eighth Circuit denied.  *Mr. Lowrie C.
Barton* for petitioner.  *Mr. T. A. Wright* and *Mr. Will D.
Wright* for respondents.

No. 885. SAMUEL BERNSTEIN *v.* UNITED STATES.
March 10, 1919.  Petition for a writ of certiorari to the
Circuit Court of Appeals for the Fourth Circuit denied.
*Mr. Robert H. Talley* for petitioner.  *Mr. Assistant At-
torney General Porter* for the United States.

No. 373. SUPREME CONCLAVE, IMPROVED ORDER OF
HEPTASOPHS *v.* WILLIAM MARSHALL WILSON.  See *ante,*
583.

No. 846. IOWA CENTRAL RAILWAY COMPANY *v.* J. W.
BREEN.   March 17, 1919.   Petition for a writ of certio-
rari to the Supreme Court of the State of Iowa denied.
*Mr. C. H. E. Boardman* for petitioner.  *Mr. Milton
Remley* for respondent.

No. 862. NULOMOLINE COMPANY *v.* JULIUS STROMEYER,
TRADING AS JULIUS STROMEYER & COMPANY.  March 17,